David BURNET, Commissioner of Internal Revenue, Petitioner, v. William J. HYNES.

No. 8852.

Circuit Court of Appeals, Eighth Circuit.

March 3, 1931.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and S. Suydam, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Edward P. Smith and Frank E. Sheehan, both of Omaha, Neb., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals dismissed without costs to either party in this court, on motion of petitioner.

Louis CANIGLIA, Appellant, v. UNITED STATES of America.

No. 9164.

Circuit Court of Appeals, Eighth Circuit.

March 11, 1931.

William N. Jamieson, of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee, under Rule 16.

CHRYSLER SALES CORPORATION et al., Appellants, v. DETROIT MOTOR APPLIANCE COMPANY.

No. 9069.

Circuit Court of Appeals, Eighth Circuit.

Feb. 2, 1931.

J. King Harness, of Detroit, Mich., for appellant.

C. B. Belknap, of Detroit, Mich., and M. M. Moore, Richard Paul, and A. C. Paul, all of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court, per stipulation of parties.

COLUMBIAN TITLE AND TRUST COMPANY, Trustee, v. SENECA FIRST STATE SAVINGS BANK OF SENECA, KANSAS, et al.

No. 410.

Circuit Court of Appeals Tenth Circuit.

March 9, 1931.

Wheeler, Brewster & Hunt, of Topeka, Kan., for appellant.

R. M. Emery, Jr., of Seneca, Kan., and J. Arthur Myers, of Topeka, Kan., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed March 9, 1931, per stipulation, at costs of appellant.